UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

### BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on January 23, 2003, Docket No. 3:02-cv-1021, Case name Danita Crawford v. Patriot Security d.b.a. North East Protective, LLC.

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application): Bank of America, 100 Amity Road, New Haven, CT 06515

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:     OF (town)
Danita Crawford of West Haven, CT

NAME OF JUDGMENT DEBTOR:     OF (town)
Guardian American, Inc., a.k.a., Patriot Security of New Haven, CT

1. AMOUNT OF JUDGMENT: $15,842.00
2. AMOUNT OF COSTS: $211.00
3. AMOUNT OF INTEREST (if applicable):
4. TOTAL JUDGMENT AND COSTS: $16,044.00
5. TOTAL PAID ON ACCOUNT:
6. TOTAL UNPAID JUDGMENT: $16,044.00

_____
Signature of Attorney
or party making application

Printed Name  Eugene N. Axelrod, Esq.
              Axelrod and Assoc., LLC

Street Address  8 Lunar Drive

City/State/Zip  Woodbridge, CT 06525

Phone Number  (203) ___-____

Date  10/16/07

Bar Number  CT____

Email Address  _____

(Rev. 4/27/06)