UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

## BANKING INSTITUTION

### APPLICATION

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on _____, Docket No. _____, Case name Danuta Crawford v. Patriot Security a/k/a North East Protective, LLC

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application): Wachovia Bank
205 Church Street
New Haven, CT 06510

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:     OF (town)
Danuta Crawford of West Haven, CT

NAME OF JUDGMENT DEBTOR:     OF (town)
Guardian America, Inc. a/k/a Patriot Security
of New Haven, CT

1. AMOUNT OF JUDGMENT: $15,842.00
2. AMOUNT OF COSTS: $222.00
3. AMOUNT OF INTEREST (if applicable):
4. TOTAL JUDGMENT AND COSTS: $16,064.00
5. TOTAL PAID ON ACCOUNT:
6. TOTAL UNPAID JUDGMENT: $16,064.00

_____          10/16/07
Signature of Attorney                     Date
 or party making application
Elaine D. Axelrod, Esq.
Printed Name   Axelrod and Associates
5 Luna Drive
Street Address                           CT 05369
                                         Bar Number
Woodbridge, CT 06525                     Elaine@axelrodlegal.com
City/State/Zip                           Email Address
(203) 555-6576
Phone Number

(Rev. 4/27/06)