UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

## BANKING INSTITUTION

### APPLICATION

To the United States District Court for the District of Connecticut at Hartford Connecticut, in connection with a judgment therein on January 23, 2003, Docket No. 3:02-cv-1021, Case name Pamita Crawford v. Patriot Security _____

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application): Citizens Bank
204 Church St.
New Haven, CT 06510

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:        OF (town)

Pamita Crawford of West Haven, CT

NAME OF JUDGMENT DEBTOR:
                                                    OF (town)
_____ American ___ Patriot Security
                                     of New Haven, CT

1. AMOUNT OF JUDGMENT: $15,842.00
2. AMOUNT OF COSTS: $222.00
3. AMOUNT OF INTEREST (if applicable):
4. TOTAL JUDGMENT AND COSTS: $16,064.00
5. TOTAL PAID ON ACCOUNT: 0
6. TOTAL UNPAID JUDGMENT: $16,064.00

_____
Signature of Attorney
  or party making application

Printed Name _____

_____
Street Address

_____
City/State/Zip

_____
Phone Number

10/16/07
Date

_____
Bar Number

_____
Email Address

(Rev. 4/27/06)