UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

## APPLICATION FOR AND WRIT OF EXECUTION

## BANKING INSTITUTION

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on January 23, 2003
Docket No. 3:02-cv-1021, Case name Donita Crawford v. Patriot Security d.b.a. North East Protective, LLC

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application): People's Bank
350 Orange St.
New Haven, CT 06510

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:          OF (town)
Donita Crawford of West Haven, CT

NAME OF JUDGMENT DEBTOR:                OF (town)
Guardian American Inc. a/k/a Patriot Security of New Haven, CT

1.  AMOUNT OF JUDGMENT: $ 15,542.00
2.  AMOUNT OF COSTS: $ 122.00
3.  AMOUNT OF INTEREST (if applicable):
4.  TOTAL JUDGMENT AND COSTS: $ 16,000.00
5.  TOTAL PAID ON ACCOUNT:
6.  TOTAL UNPAID JUDGMENT: $ 16,000.00

_____                    10/16/07
Signature of Attorney                       Date
or party making application

Printed Name  Axelrod and Associates, LLC
8 Lunar Drive
Street Address                              Bar Number  ct00569

Woodbridge, CT 06525                        mail@axelrodlegal.com
City/State/Zip                              Email Address

(203) 389-6526
Phone Number

(Rev. 4/27/06)