UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**APPLICATION FOR AND WRIT OF EXECUTION**

**BANKING INSTITUTION**

**APPLICATION**

To the United States District Court for the District of Connecticut at _Hartford_ , Connecticut, in connection with a judgment therein on _January 25, 2005_ Docket No. _3:02-cv-1021_ , Case name _Pamita Crawford v. Patriot Security a.b.a. North East Protective LLC_

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application): _Webster Bank_
_80 Elm St._
_New Haven, CT 06510_

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:        OF (town)

_Pamita Crawford of West Haven, CT_

NAME OF JUDGMENT DEBTOR:                    OF (town)

_Guardian America, Inc. a/k/a Patriot Security_

1. AMOUNT OF JUDGMENT: _$ 10,344.00_
2. AMOUNT OF COSTS: _$ ____
3. AMOUNT OF INTEREST (if applicable):
4. TOTAL JUDGMENT AND COSTS: _$ 10,344.00_
5. TOTAL PAID ON ACCOUNT: _0_
6. TOTAL UNPAID JUDGMENT: _$ 10,344.00_

| | |
|---|---|
| _____ | _10/16/07_ |
| Signature of Attorney or party making application | Date |
| _Eugene N. Axelrod, Esq._ Printed Name  _Axelrod and Associates, LLC_ | |
| _8 Lunar Dr._ Street Address | _CT 06380_ Bar Number |
| _Woodbridge, CT 06525_ City/State/Zip | _Mail@axelrodlegal.com_ Email Address |
| _(203) 389-6526_ Phone Number | |

(Rev. 4/27/06)