UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**APPLICATION FOR AND WRIT OF EXECUTION**

**BANKING INSTITUTION**

**APPLICATION**

To the United States District Court for the District of Connecticut at Hartford, Connecticut, in connection with a judgment therein on January 13, 2003, Docket No. 3:02-cv-1021, Case name Donata Crawford v. North East Protective Security LLC

NAME AND ADDRESS OF BANKING INSTITUTION (only one bank name/address per application): TD Bank North
128 Amity Road
Woodbridge, CT 06525

NAME OF JUDGMENT CREDITOR MAKING APPLICATION:     OF (town)

Donata Crawford of West Haven, CT

NAME OF JUDGMENT DEBTOR:     OF (town)

Guardian American ___ Patriot Security of New Haven, CT

1. AMOUNT OF JUDGMENT:
2. AMOUNT OF COSTS:
3. AMOUNT OF INTEREST (if applicable):
4. TOTAL JUDGMENT AND COSTS:
5. TOTAL PAID ON ACCOUNT:
6. TOTAL UNPAID JUDGMENT:

_____     10/18/07
Signature of Attorney          Date
or party making application

Printed Name

Street Address                 Bar Number

City/State/Zip                 Email Address

Phone Number

(Rev. 4/27/06)